GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. NORWEGIAN ATLAS INSURANCE COMPANY, LTD. (OF CHRISTIANIA), Appellant.— Order affirmed.

with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.